**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| ALTERWAN, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC.,<br><br>      Defendants. | Civil Action No. 19-cv-1544-MN |

## [PROPOSED] FINAL JUDGMENT

WHEREAS, the parties' Joint Stipulation of Non-Infringement resolved all claims asserted by Plaintiff AlterWAN, Inc. and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. in this action;

IT IS HEREBY ORDERED AND ADJUDGED, that final judgment hereby is entered in favor of Defendants Amazon.com, Inc. and Amazon Web Services, Inc. and against Plaintiff AlterWAN, Inc.

IT IS SO ORDERED THIS ___ day of _____, 2021.

_____
The Honorable Maryellen Noreika