# United States Court of Appeals for the Federal Circuit

---

**ALTERWAN, INC.,**

*Plaintiff-Appellant*

v.

**AMAZON.COM, INC., AMAZON WEB SERVICES, INC.,**

*Defendants-Appellees*

---

2022-1349

---

Appeal from the United States District Court for the District of Delaware in No. 1:19-cv-01544-MN, Judge Maryellen Noreika.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

March 13, 2023  /s/ Peter R. Marksteiner
    Date         Peter R. Marksteiner
                 Clerk of Court