**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ALTERWAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON WEB SERVICES, INC.,<br><br>    Defendants. | Civil Action No. 19-cv-1544-MN |

## FINAL JUDGMENT

WHEREAS, the Unopposed Stipulation of Non-Infringement resolved all claims asserted by Plaintiff AlterWAN, Inc. ("AlterWAN") and Defendants Amazon.com, Inc. and Amazon Web Services, Inc. ("Amazon") in this action;

WHEREAS, AlterWAN has dismissed with prejudice its claims for infringement of U.S. Patent Nos. 7,111,163; 7,318,152; 9,015,471; 9,525,620; and 9,667,534 against Amazon, as well as claims for infringement of claims 1-17, 19-50, and 52-67 of U.S. Patent No. 8,595,478 ("'478 Patent") against Amazon;

WHEREAS, AlterWAN stipulates that Amazon has not infringed claims 18 and 51 of the '478 Patent under the Court's construction of the terms "cooperating service provider" and "non-blocking bandwidth" with respect to claims 18 and 51.

IT IS HEREBY ORDERED AND ADJUDGED, that final judgment hereby is entered in favor of Amazon and against AlterWAN.

The deadline for Amazon to file any motion seeking attorneys' fees on any basis and/or a bill of costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 54.1 is hereby

extended until 45 days after the deadline to notice an appeal has passed or, if an appeal is taken, 45 days after the mandate of the court of appeals issues. All other relief requested by either party now pending before this Court and not specifically awarded herein is DENIED.

IT IS SO ORDERED this 6th day of December 2024.

_____
The Honorable Maryellen Noreika
United States District Judge